# EXHIBIT B

Exhibit A

## AFFIDAVIT OF LOST NOTE
### (FORECLOSURE)

STATE OF VIRGINIA
COUNTY OF FAIRFAX

This day personally appeared before me, a notary public in and for the jurisdiction aforesaid, the undersigned, with the authority to act as agent/attorney for INDYMAC BANK F.S.B. (LENDER), who made oath before me in my jurisdiction aforesaid, that the aforesaid Lender was the note holder under a certain deed of trust from PAMELA BALL to K. HOVNANIAN AMERICAN MORTGAGE, LLC Trustee(s), dated November 30, 2006, and recorded among the land records of the COUNTY OF PRINCE GEORGE'S, State of Maryland, in Deed Book 27161 at Page 023, to secure an indebtedness in the original principal amount of $355,700.00, and that the said Lender is authorized and entitled to receive payment of the debt evidenced by the note and that said note: (check where applicable)

_____ has been credited in the amount of $_____ a result of the foreclosure of the deed of trust, which sale was held on _____.

_____ has been satisfied by the process of said sale;

__X__ has been lost or destroyed and cannot be produced.

**FILED**
SEP 15 2008
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

Lender: INDYMAC BANK F.S.B.

By: _____
Name: JOSE PORTILLO
Title: AGENT FOR LENDER

State of VIRGINIA
County of FAIRFAX

Subscribed, sworn to and acknowledged before me by Sharon L. Huddleston, AGENT of the above mentioned Lender of this 27th day of August, 2008, on behalf of the corporation.

(SEAL)
_____
Notary Public

Return to:
SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY, SUITE 201
FAIRFAX, VA 22033
07-113420P

MY COMMISSION EXPIRES: 04/30/2010