# EXHIBIT C

## AFFIDAVIT OF JOSE PORTILLO

I, Jose Portillo, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

1) I am over the age of 18 and am qualified to provide the testimony herein.

2) I am a resident of Fairfax Virginia.

3) I was a paralegal in the Post Sale department at the Fairfax, Virginia office of the Law Firm of **Shapiro and Burson, LLP** located 13135 Lee Jackson Highway, Suite 201 Fairfax, Virginia 22033) where John S. Burson is the managing partner, from approximately April 30, 2008 until February 9, 2011.

4) My supervisor was Gloria Faria and Leanna Kennebeck.

5) In my capacity as a Paralegal, I was responsible for post auction sale processing of foreclosed properties including at one point tracking properties through the ratification procedure in the local circuit courts of Maryland and with my last task as an employee preparing Trustee's Deeds, processing and recording of these deeds in all Maryland counties transferring the foreclosed property back to the purchasing lender.

6) The Trustee's Deeds I prepared were to be executed by a lawyer in the firm who was to sign each deed as trustee transferring the foreclosed property back to the lender who purchased the property at auction.

7) I was also a Notary in the office and notarized some of the above referenced deeds.

8) I personally prepared and witnessed the preparation of deeds by other paralegals in the post sale department of Shapiro and Burson, LLP.  I and other paralegals were directed to prepare these deeds with a signature line for William M. Savage, an attorney with the law firm of Shapiro and Burson, LLP.

9) The signature line for William M. Savage was included on each deed in his capacity as trustee transferring the property back to the lender after the foreclosure auction and ratification of sale.

10) I and the other paralegals in the department were instructed by Mr. Savage and Gloria Faria to prepare these deeds and place them in his office or adjoining room for review and signature at a later time.

11) I was told on more than one occasion by Mr. Savage that another attorney other than Mr. Savage would be coming in to review and sign Mr. Savage's name to each deed even though the deed represented that Mr. Savage was the signer.

12) I personally witnessed on more than one occasion an attorney by the name of Matthew McDowell who also works for the U.S Patent and Trademark Office, come in and review and sign William Savage's name to the deeds referenced above.

13) In my estimation approximately 70% to 75% of the deeds I and others prepared in my department were signed by Matthew McDowell using William Savage's name. Consisting of over one thousand deeds prepared by the entire department and later recorded.

14) Attached hereto as Exhibits ___#1, #2, #3 an' #4___, are several deeds which purport to be the signature of William M. Savage but in fact are the signature of Matthew McDowell.

15) Attached hereto as Exhibits ___A, B and C___, are several deeds which reflect the true signature of William M. Savage.

16) After Mr. McDowell signed Mr. Savage's name on these deeds they were then returned to me and others in the office without Mr. Savage ever having examined the deed in question. At this time we were instructed to notarize the deeds.

17) The names of other notaries who were instructed in the same manner consist of: Sharon L. Huddleston (VA #263534), Maureen E. Bravo (VA #129034), Venetta A. Martin (VA #356730), Lisa M. Handy (VA #7332090), Dwight M. Taylor (VA #7332078), Nancy M. Dinnin (VA #7229644) and Drew W. Ernest (VA #7332086).

18) These deeds were then recorded in all Maryland Counties transferring the foreclosed property back to the purchasing lender comprising more than a thousand instruments.

19) A good number of trustee's deeds were sent to settlement attorneys performing the closing to record the instrument following the re-purchase of the property. A good number of said deeds were also signed by Matt McDowell.

20) In October of 2010 or around such time, the firm did change their policy to require each attorney to review and personally sign each deed prepared with their signature line. No reason was given for this policy change but the timeframe fell within the period the "robo-signing" controversy with lenders became public.

21) In addition to the deeds signed by Mr. McDowell, he also signed William Savage's name on accompanying Affidavits accompanying the deed at the time of recordation.

22) The aforesaid affidavits consisting of: Affidavit of Consideration with Attorney's Certificate, Affidavit of Non-Military Status, and Affidavit as to Total Payment.

23) I also on several occasions witnessed my supervisor, Gloria Faria signing John Burson's signature on affidavits and trustee's deeds. She would laugh it off and say to me "Mr. Burson has given me carte-blanche."

24) The deeds were recorded through out the state of Maryland in all twenty four counties.

25) The deed conveyed the title back to the many Lenders the firm represented, this practice was not limited to just one lender rather it applied to all.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

3/1/2011
DATE

JOSE PORTILLO

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT 1

38450    181

MONTGOMERY COUNTY, MD

APPROVED BY ____

DEC - 4 2009

PROPERTY ID: 13-01727511
S & B No. 08-132423

FEE SIMPLE TRUSTEE'S DEED

$ *1176.45* RECORDATION TAX PAID
$ *1701.11* TRANSFER TAX PAID

THIS TRUSTEE'S DEED is made this 11th day of November, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 17, 2005, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 31181 at Page 790, MARIAN AYENSU did grant and convey the property described hereinafter to RICHARD T. CREGGER, TRUSTEE(S), in trust to secure the payment of the original principal sum of $287,920.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on June 3, 2009 at 10:50 AM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 became the purchaser of the property for the sum of One Hundred Seventy Thousand One Hundred Eleven Dollars and No Cents ($170,111.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court for the County in which the property is located in Civil (Equity) No. 305693V, on October 20, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, in and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

PROPERTY ADDRESS:        14615 KING LEAR CT, #14, SILVER SPRING, MD 20906

38450    182

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 11th day of November, 2009

My commission expires: August 31, 2011

_____
Notary Public

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450, p. 0182. Printed 03/01/2011. Online 12/10/2009.

38450    183

Exhibit "A"
Legal Description

Unit numbered 14-14615 in a Plan of Condominium Subdivision styled "Plat and Plan of Condominium Subdivision-Georgian Colonies Condominium No. Three", as per plat thereof recorded in Condominium Plat Book 16, at plat 1619 among the Land Records of Montgomery County, Maryland, being part of the land and premises declared to the subject to a horizontal property regime by a certain Declaration dated the 13th day of November, 1975, recorded the 12th day of December, 1975, in Liber 4727, at folio 86 among the Land Records of aforesaid.

The improvements thereon being known as 14615 King Lear Court, Silver Spring, MD 20906

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450, p. 0183. Printed 03/01/2011. Online 12/10/2009.

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $170,111.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:     SHAPIRO & BURSON, LLP
               13135 LEE JACKSON HIGHWAY
               SUITE 201
               FAIRFAX, VA 22033

38450   185

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of Deutsche Bank National Trust Company as Trustee for Morgan Stanley MSAC 2006-HE2, and that to the best of my belief MARIAN AYENSU, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 11th day of November, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES:
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

38450    186

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $170,111.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _11th_ day of _November_, 2009

WITNESS:                                          TRANSFEROR(S)

_____                    _____
                                                           WILLIAM M. SAVAGE, SOLE ACTING
                                                           SUBSTITUTE TRUSTEE

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450, p. 0186. Printed 03/01/2011. Online 12/10/2009.

08-132432

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☑ County: MONTGOMERY

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

| 1 | Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | X Deed  ☐ Deed of Trust | ☐ Mortgage  ☐ Lease | ☐ Other _____ | ☐ Other _____ |

| 2 | Conveyance Type Check Box | ☑ Improved Sale Arms-Length [1] | ☐ Unimproved Sale Arms-Length [2] | ☐ Multiple Accounts Arms-Length [3] | ☐ Not an Arms-Length Sale [9] |
|---|---|---|---|---|---|

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | | Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 170,111.00 | | |
| Consideration and Tax Calculations | | Any New Mortgage | $ | Transfer Tax Consideration | $ |
| | | Balance of Existing Mortgage | $ | X ( )% = | $ |
| | | Other: | $ | Less Exemption Amount – | $ |
| | | | | Total Transfer Tax = | $ |
| | | Other: | $ | Recordation Tax Consideration | $ |
| | | | | X ( ) per $500 = | $ |
| | | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | | Recording Charge | $ 40.00 | $ | |
| | | Surcharge | $ | $ | Tax Bill: |
| Fees | | State Recordation Tax | $ 1,176.45 | $ | |
| | | State Transfer Tax | $ 850.56 | $ | C.B. Credit: |
| | | County Transfer Tax | $ 1,701.11 | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|---|
| | | 13 | 01727511 | 31181 at Page 790 | | | | ☐ (5) |
| | | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
| | | Colonies Condominium | | | | | | |
| | | Location/Address of Property Being Conveyed (2) | | | | | | |
| | | 14615 KING LEAR CT, #14, SILVER SPRING, MD 20906 | | | | | | |
| | | Other Property Identifiers (if applicable) | | | | Water Meter Account No. | | |
| | | | | | | | | |
| | | Residential ☑ or Non-Residential ☐  Fee Simple ☑ or Ground Rent ☐  Amount: | | | | | | |
| | | Partial Conveyance? ☐ Yes ☑ No  Description/Amt. of SqFt/Acreage Transferred: | | | | | | |
| | | If Partial Conveyance, List Improvements Conveyed: | | | | | | |

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | William M. Savage, Substitute Trustee | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| | | | |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | |
| | | New Owner's (Grantee) Mailing Address | |
| | | 10790 Rancho Bernardo Rd San Diego, CA 92127 | |

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|
| | | | |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|---|---|
| | | Name: JPortillo | |
| | | Firm  SHAPIRO & BURSON, LLP | ☐ Hold for Pickup |
| | | Address: 13135 Lee Jackson Hwy, Suite 201 Fairfax, Va. 22033 | |
| | | Phone: ( 703 ) 261-7459 | ☐ Return Address Provided |

| 11 | | IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER | |
|---|---|---|---|
| | Assessment Information | Yes ☐  No ☑  Will the property being conveyed be the grantee's principal residence? | |
| | | Yes ☐  No ☑  Does transfer include personal property? If yes, identify: | |
| | | Yes ☐  No ☑  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). | |

| | Assessment Use Only – Do Not Write Below This Line | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Terminal Verification | | Agricultural Verification | | Whole | Part | | Tran. Process Verification | |
| Transfer Number | | Date Received: | | Deed Reference: | | Assigned Property No.: | | |
| Year | 20 | 20 | | Geo. | Map | | Sub | Block |
| Land | | | | Zoning | Grid | | Plat | Lot |
| Buildings | | | | Use | Parcel | | Section | Occ. Cd. |
| Total | | | | Town Cd. | Ex. St. | | Ex. Cd. | |
| REMARKS: | | | | | | | | |

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450, p. 0187. Printed 03/01/2011. Online 12/10/2009.

Distribution:  White – Clerk's Office    Canary – SDAT    AOC-CC-300 (5/2007)
Pink – Office of Finance    Goldenrod – Preparer

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT 2

38101   312

TAX ID: 13-02391987
S & B No. 08-132828P

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 31st day of July, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia  22033, Party of the First Part, and FEDERAL HOME LOAN MORTGAGE CORPORATION, 5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated August 23, 2006, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 33742 at Page 074, SUSANA I. ORMENO AND JOSE SALAS did grant and convey the property described hereinafter to SUELLEN WOHLFARTH, TRUSTEE(S), in trust to secure the payment of the original principal sum of $294,400.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on May 13, 2009 at 10:56 AM, to the highest bidder for cash, all in strict accordance with the terms of the  Deed of Trust, at which sale FEDERAL HOME LOAN MORTGAGE CORPORATION became the purchaser of the property for the sum of Two Hundred Thousand Dollars and No Cents ($200,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 305181V, on July 21, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

Property Address:     13903 VALLEYFIELD DRIVE, Silver Spring, MD 20906

MONTGOMERY COUNTY, MD

APPROVED BY_____

SEP 2 8 2009

$ EX _____ RECORDATION TAX PAID
$ EX. _____ TRANSFER TAX PAID

Tax Exempt per 12 U.S.C. § 1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer 10/05/2009.

38101   313

WITNESS the hands and seals of the Party of the First Part:

William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 31st day of July, 2009

My commission expires: August 31, 2011

Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax·Exempt·per·12·U.S.C.·§·1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax
General Article Pursuant to Section 10.912(d)(3)(i) as a Foreclosure Transfer
MO CIRCUIT COURT (Land Records) RL 13069 p. 0219, MSA_CE63_13174. Date available 10/05/2009.

38101   314

# EXHIBIT A

A PARCEL OF LAND LOCATED IN THE CITY OF SILVER SPRINGS, COUNTY OF
MONTGOMERY, STATE OF MARYLAND, AND KNOWN AS: BEING LOT NUMBER 137 BLOCK
B IN LONGMEAD AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN PLAT BOOK 126
PAGE 14755 OF MONTGOMERY COUNTY RECORDS.

MO CIRCUIT COURT (Land Records) [MSA CE 63-38058] LEK 38101, p. 0314. Printed 03/01/2011. Online 10/05/2009.

38101   315

AFFIDAVIT OF CONSIDERATION
ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $200,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

38101    316

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of CHASE HOME FINANCE, LLC, and that to the best of my belief SUSANA I. ORMENO AND JOSE SALAS, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 31st day of July, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

MO CIRCUIT COURT (Land Records) [MSA CE 63-38058] LEK 38101, p. 0316. Printed 03/01/2011. Online 10/05/2009.

38101   317

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with  § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)   That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)   The amount of total payment for the purpose of the Withholding Law is $200,000.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)   That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this 31st day of July, 2009

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING SUBSTITUTE TRUSTEE

MO CIRCUIT COURT (Land Records) [MSA CE 63-38058] LEK 38101, p. 0317. Printed 03/01/2011. Online 10/05/2009.

38101  318

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   ☑ County: MONTGOMERY

*Information provided is for the use of the Clerk's Office, State Department of*
*Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only—All Copies Must Be Legible)**

*Space Reserved for Circuit Court Clerk Recording Validation*

| 1 | Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | X Deed | Mortgage | Other ___ | Other ___ |
| | | Deed of Trust | Lease | | |

| 2 | Conveyance Type Check Box | ✓ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|---|---|

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | | Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 200,000.00 | | |
| Consideration and Tax Calculations | | Any New Mortgage | $ | Transfer Tax Consideration | $ |
| | | Balance of Existing Mortgage | $ | X ( ) % = | $ |
| | | Other: | $ | Less Exemption Amount | $ |
| | | | | Total Transfer Tax | $ |
| | | Other: | $ | Recordation Tax Consideration | $ |
| | | | | X ( ) per $500 = | $ |
| | | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | | Recording Charge | $ 40.00 | $ | |
| Fees | | Surcharge | $ | $ | Tax Bill: |
| | | State Recordation Tax | $ | $ | |
| | | State Transfer Tax | $ | $ | C.B. Credit: |
| | | County Transfer Tax | $ | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | 13 | 02391987 | 33742/074 | | | ☐ (5) |
| | | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
| | | | | 137 | B | | | |

**Location/Address of Property Being Conveyed (2)**
13903 VALLEYFIELD DRIVE, SILVER SPRING, MD  20906-5779

**Other Property Identifiers (if applicable)** | Water Meter Account No.

Residential ☑ or Non-Residential ☐   Fee Simple ☑ or Ground Rent ☐   Amount: ___
Partial Conveyance? ☐ Yes ☑ No   Description/Amt. of SqFt/Acreage Transferred: ___

If Partial Conveyance, List Improvements Conveyed:

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| | | SUSANA I. ORMENO AND JOSE SALAS | |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION | |

**New Owner's (Grantee) Mailing Address**
5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|---|---|
| | | Name: JOSE PORTILLO | |
| | | Firm  Shapiro & Burson, LLP | ☐ Hold for Pickup |
| | | Address: 13135 Lee Jackson Highway, Ste. 201 Fairfax, VA 22033 | |
| | | Phone: (703 ) 261-7459 | ☐ Return Address Provided |

**11   IMPORTANT:** *BOTH* THE ORIGINAL DEED *AND* A PHOTCOPY MUST ACCOMPANY EACH TRANSFER

| Assessment information | Yes ✓ No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| | Yes ✓ No | Does transfer include personal property? If yes, identify: ___ |
| | Yes ✓ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

*Space Reserved for County Validation*

**Assessment Use Only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

MD CIRCUIT COURT (Land Records) [MSA CE 63-38058] LEK 38101, p. 0318. Printed 03/01/2011. Online 10/05/2009.

| Distribution: | White – Clerk's Office | Canary – SDAT | AOC-CC-300 (5/2007) |
|---|---|---|---|
| | Pink – Office of Finance | Goldenrod – Preparer | |

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT 3

3 8 0 8 6   1 1 0

**MONTGOMERY COUNTY, MD**

APPROVED BY

SEP - 4 2009

PROPERTY ID: 13-00978587
S & B No. 08-127524P

FEE SIMPLE TRUSTEE'S DEED

$ _EX_ _____ RECORDATION TAX PAID
$ _EX_ _____ TRANSFER TAX PAID

THIS TRUSTEE'S DEED is made this 11th day of August, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and FEDERAL HOME LOAN MORTGAGE CORPORATION, 5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated November 17, 2006, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 33559 at Page 073, CATALINA OCHOA did grant and convey the property described hereinafter to ANGELA G. GREENBERG, TRUSTEE(S), in trust to secure the payment of the original principal sum of $400,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on February 4, 2009 at 10:46 AM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale FEDERAL HOME LOAN MORTGAGE CORPORATION became the purchaser of the property for the sum of One Hundred Seventy-Three Thousand Eight Hundred Twenty-Six Dollars and No Cents ($173,826.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 299506V, on July 22, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

IMP FD SURE        20.00
RECORDING FEE      20.00
TOTAL              40.00
Rest M086   Rcpt $ 43565
Tax-Exempt per 12 USC 1452(e) Exempt From Maryland Withholding Requirements of Section 10.912    Tax $ 4761
General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer    Sep 24, 2009    12:11 PM

MO CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0170. Printed 03/01/2011. Online 10/02/2009.

2009 SEP 24 P 12: 13

20
20

38086   111

WITNESS the hands and seals of the Party of the First Part:

William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby
certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is
personally well known to me and personally appeared before me and acknowledged the foregoing
Deed to be his/her act and deed.

Given under my hand this 29th day of July, 2009

My commission expires: August 31, 2011

Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES:
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax Exempt per 12 U.S.C. §1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax
General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer.

MO CIRCUIT COURT (Land Records) [MSA CE 63 ] ... Printed 10/02/2009.

38086   172

EXHIBIT A
LEGAL DESCRIPTION

Part of a tract of land called "Hermitage", more particularly described by metes and bounds, courses and distances as follows, to-wit: BEGINNING for the same at a point on the Northeast side of the Brookville to Washington Pike and at the end of 104.36 feet on the 1st line of a conveyance made November 14, 1929, by Charles R. Smith, et ux, to Richard L. Blose, et ux, by deed recorded in Liber 494, at folio 297, of the Land Records for the State and County aforesaid, said point being also at the end of the 5th line of a conveyance made August 19, 1941, by Richard L. Blose, et ux, to Walter L. Sutton, et ux, for 9,196 square feet, by deed of record in Liber 840, at folio 479, of the Land Records as aforesaid and running thence with the 1st line of the first mentioned conveyance and bounding on said Pike, South 44 degrees 18 minutes East 56.44 feet to the Northwest edge of a right of way sixteen (16) feet wide; and thence bounding thereon North 45 degrees 42 minutes 00 seconds East 132 feet to the end of the 3rd line of a conveyance made August 7, 1936, by Richard L. Blose, et ux, to Earl M. Wood, et ux, for 21,038.69 square feet by deed of record in Liber 634, at folio 143, of the Land Records as aforesaid: and running thence with part of the 4th line of said conveyance; North 44 degrees 18 minutes West 56.25 feet to the end of the 4th line of the aforesaid conveyance from said Blose to said Sutton recorded in Liber 840 at folio 479; and thence with the 5th line of said conveyance South 45 degrees 38 minutes 00 seconds West 132 feet to the place of beginning, containing 7,439.56 square feet of land, more or less.

MO CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0172. Printed 03/01/2011. Online 10/02/2009.

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $173,826.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION;  THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____

William M. Savage

Return to:    SHAPIRO & BURSON, LLP
              13135 LEE JACKSON HIGHWAY
              SUITE 201
              FAIRFAX, VA 22033

MO CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0173. Printed 03/01/2011. Online 10/02/2009.

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of CHASE HOME FINANCE, LLC, and that to the best of my belief CATALINA OCHOA, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>29th day of July, 2009.</u>

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

MO CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0174. Printed 03/01/2011. Online 10/02/2009.

38086   175

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $173,826.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this ___11th___ day of ___August___, 2009

WITNESS:                                            TRANSFEROR(S)

_____        _____
                                                    WILLIAM M. SAVAGE, SOLE ACTING
                                                    SUBSTITUTE TRUSTEE

MO CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0175. Printed 03/01/2011. Online 10/02/2009.

08-1275245

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City ☑ County: MONTGOMERY

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

38086   176

| 1 | Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) |
|---|---|---|

| X | Deed | | Mortgage | | Other _____ | | Other _____ |
|---|---|---|---|---|---|---|---|
| | Deed of Trust | | Lease | | | | |

| 2 | Conveyance Type Check Box | ☑ Improved Sale Arms-Length *[1]* | ☐ Unimproved Sale Arms-Length *[2]* | ☐ Multiple Accounts Arms-Length *[3]* | ☐ Not an Arms-Length Sale *[9]* |
|---|---|---|---|---|---|

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | | Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| **Consideration and Tax Calculations** | Purchase Price/Consideration | $ 173,826.00 | Transfer Tax Consideration | $ |
| | Any New Mortgage | $ | X ( ) % = | $ |
| | Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| | Other: | $ | Total Transfer Tax | $ |
| | Other: | $ | Recordation Tax Consideration | $ |
| | | | X ( ) per $500 = | $ |
| | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| **Fees** | Recording Charge | $ 40.00 | $ | |
| | Surcharge | $ | $ | Tax Bill: |
| | State Recordation Tax | $ | $ | |
| | State Transfer Tax | $ | $ | C.B. Credit: |
| | County Transfer Tax | $ | $ | |
| | Other | $ | $ | Ag. Tax/Other: |
| | Other | $ | $ | |

| 6 | Description of Property | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | 13 | 00978587 | 33659/073 | | | ☐ (5) |
| | | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
| | | Location/Address of Property Being Conveyed (2) | | | | | |
| | | 12709 GEORGIA AVENUE, SILVER SPRING, MD 20906-3714 | | | | | |
| | | Other Property Identifiers (if applicable) | | | Water Meter Account No. | | |
| | | Residential ☑ or Non-Residential ☐ Fee Simple ☑ or Ground Rent ☐ Amount: | | | | | |
| | | Partial Conveyance? ☐ Yes ☑ No Description/Amt. of SqFt/Acreage Transferred: | | | | | |
| | | If Partial Conveyance, List Improvements Conveyed: | | | | | |

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| | | CATALINA OCHOA | |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION | |
| | | New Owner's (Grantee) Mailing Address | |
| | | 5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010 | |

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|
| | | | |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|---|---|
| | | Name: GLORIA FARIA | |
| | | Firm  Shapiro & Burson, LLP | ☐ Hold for Pickup |
| | | Address: 13135 Lee Jackson Highway, Ste. 201 Fairfax, VA 22033 | |
| | | Phone: (703) 261-7403 | ☐ Return Address Provided |

| 11 | IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTCOPY MUST ACCOMPANY EACH TRANSFER* | | |
|---|---|---|---|
| **Assessment Information** | Yes ☐ No ☑ | Will the property being conveyed be the grantee's principal residence? | |
| | Yes ☐ No ☑ | Does transfer include personal property? If yes, identify: | |
| | Yes ☐ No ☑ | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). | |

| Assessment Use Only – Do Not Write Below This Line | | | | | | |
|---|---|---|---|---|---|---|
| Terminal Verification | Agricultural Verification | | Whole | Part | Tran. Process Verification | |
| Transfer Number | Date Received: | | Deed Reference: | | Assigned Property No.: | |
| Year 20 | 20 | Geo. | Map | Sub | Block | |
| Land | | Zoning | Grid | Plat | Lot | |
| Buildings | | Use | Parcel | Section | Occ. Cd. | |
| Total | | Town Cd. | Ex. St. | Ex. Cd. | | |
| REMARKS: | | | | | | |

MD CIRCUIT COURT (Land Records) [MSA CE 63-38043] LEK 38086, p. 0176. Printed 03/01/2011. Online 10/02/2009.

Distribution:   White – Clerk's Office    Canary – SADT    AOC-CC-300 (5/2007)
Pink – Office of Finance    Goldenrod – Preparer

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT 4

36946   285

S & B No. 07-111905P

FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 26th day of February, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia  22033, Party of the First Part, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated April 7, 2006, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 32270 at Page 193, MYRON DARK did grant and convey the property described hereinafter to PREMIER TITLE, TRUSTEE(S), in trust to secure the payment of the original principal sum of $288,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on October 22, 2008 at 10:58 AM, to the highest bidder for cash, all in strict accordance with the terms of the  Deed of Trust, at which sale U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE became the purchaser of the property for the sum of Two Hundred Four Thousand Eight Hundred Thirty-Nine Dollars and No Cents ($204,839.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 287549V, on February 18, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

*Tax Id 236162*

Property Address:      13827 PALMER HOUSE WAY, UNIT 32-236, Silver Spring, MD 20904

**MONTGOMERY COUNTY, MD**

APPROVED BY

APR 1 3 2009

$ 1414.50 RECORDATION TAX PAID
$ 2048.39 TRANSFER TAX PAID

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0285. Printed 03/01/24 12 Online 03/08/2009.

36946   286

WITNESS the hands and seals of the Party of the First Part:

_____

William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby
certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is
personally well known to me and personally appeared before me and acknowledged the foregoing
Deed to be his/her act and deed.

Given under my hand this 26th day of February, 2009

My commission expires: August 31, 2011

_____
Notary Public



(Notary seal: JOSE M. PORTILLO · COMMONWEALTH · REGISTRATION NO. 7100496 · MY COMM. EXPIRES: 08/31/2011 · OF VIRGINIA · NOTARY PUBLIC)

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0286. Printed 03/01/2011. Online 04/16/2009.

36946   287

## Exhibit A

BEING PART OF THE PRORATED UNDIVIDED INTEREST    of Unit 236, Building 32 in the common elements of the property known as Greencastle Manor Condominium No. 2 and more particularly described as parcel 5-85-2361627.  The property is also a part of parcel B of Greencastle Wood Subdivision as delineated on plats recorded in Plat Book 119 as Plat 14013 and Plat Book 115 as Plat 13675 among the Land Records of Montgomery County, Maryland.

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0287. Printed 03/01/2011. Online 04/16/2009.

36946   288

## AFFIDAVIT OF CONSIDERATION
### ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $204,839.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:     SHAPIRO & BURSON, LLP
               13135 LEE JACKSON HIGHWAY
               SUITE 201
               FAIRFAX, VA 22033

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0288. Printed 03/01/2011. Online 04/16/2009.

3b94b   289

### AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS STRUCTURED ASSET SECURITIES CORPORATION SASCO 2006-BC2, and that to the best of my belief MYRON DARK, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>26th day of February, 2009</u>.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011



3 6 9 4 6    2 9 0

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $204,839.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _26th_ day of _February_, 2009

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING
SUBSTITUTE TRUSTEE

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0290. Printed 03/01/2011. Online 04/16/2009.

# LIBER 36946

# FOLIO 291

# NOT USED

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0291. Printed 03/01/2011. Online 04/16/2009.

# Affidavit of Jose Portillo
# 3.1.2011

# EXHIBIT A

31136   070

PROPERTY ID:  20-2227866
S & B No. 08-123697

Clerk of the
Circuit Court

2009 NOV -9  AM 10: 22

PR GEO CO MD #68

### FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 27th day of March, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, 19 D Chapin Road, Pine Brook, NJ  07058, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 2, 2006, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 26874 at Page 316, LOVERN J. LOUIS did grant and convey the property described hereinafter to JANET RINALDI, TRUSTEE(S), in trust to secure the payment of the original principal sum of $363,500.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on September 16, 2008 at 1:10 PM, to the highest bidder for cash, all in strict accordance with the terms of the  Deed of Trust, at which sale EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION became the purchaser of the property for the sum of Three Hundred Thousand Dollars and No Cents ($300,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. cae08-17240, on December 24, 2008;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A

Property Address:      6001 PRINCESS GARDEN PARKWAY, Lanham, MD 20706

31136    071

Lot Lettered J in a subdivision known as "STANCLIFF" Prince George's County, Maryland, as per plat thereof recorded in Plat Book BB 15, Folio 53, one of the Land Records of said State and County, Excepting for 1,013 Square Feet of Land, more or less, which had conveyed to Prince George's County, Maryland by Deed dated December 15, 1975 and recorded among the Land Records of Prince George's County, Maryland in Liber 5466 at Folio 693, being in the 20th Election District of said County.

The improvements thereon being known as: 6001 Princess Garden Parkway, Lanham, MD 20706

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0071. Printed 03/01/2011. Online 11/11/2009.

Tax ID # 20-2227866

31136    072

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 27th day of March, 2009

My commission expires: August 31, 2011

_____
Notary Public

50

```
PRINCE GEORGE'S COUNTY GOVT.
RECEIPT DATE     11/09/2009
ACCOUNT #        2227866
REVIEWER ID      002
RECEIPT #        108
PG DEED TAX      4,200.00
MD DEED TAX      1,500.00
PG TRUST #1          .00
MD TRUST #1          .00
PG TRUST #2          .00
MD TRUST #2          .00
PG TRUST #3          .00
MD TRUST #3          .00
PG TRUST #4          .00
MD TRUST #4          .00
AGRI TAX            .00
TOTAL          5,700.00
```

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0072. Printed 03/01/2011. Online 11/11/2009.

Tax ID: 20-2227866

31136   073

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $300,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:    SHAPIRO & BURSON, LLP
              13135 LEE JACKSON HIGHWAY
              SUITE 201
              FAIRFAX, VA 22033

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0073. Printed 03/01/2011. Online 11/11/2009.

Tax ID: 20-2227866

31136   074

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, and that to the best of my belief LOVERN J. LOUIS, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 27th day of March, 2009.

NOTARY PUBLIC

MY COMMISSION EXPIRES: August 31, 2011



JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0074. Printed 03/01/2011. Online 11/11/2009.

Tax ID: 20-2227866

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $300,000.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _____ day of _____ March _____, 2009

WITNESS:

                                                TRANSFEROR(S)

                                                WILLIAM M. SAVAGE, SOLE ACTING
                                                SUBSTITUTE TRUSTEE

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0075. Printed 03/01/2011. Online 11/11/2009.

Tax ID: 20-2227366

**31136**

STATE OF MARYLAND LAND INSTRUMENT INTAKE SHEET

☐ Baltimore City   ☑ County: PRINCE GEORGE'S

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

( ☐ Check Box if addendum Intake Form is Attached.)

| 1 | Type(s) of Instruments | | | | |
|---|---|---|---|---|---|
| | | X Deed | Mortgage | Other _____ | Other _____ |
| | | Deed of Trust | Lease | | |

| 2 | Conveyance Type Check Box | ✓ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|---|---|

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation |
|---|---|---|
| | | State Transfer |
| | | County Transfer |

| 4 | | Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| | Consideration and Tax Calculations | Purchase Price/Consideration | $ 300,000.00 | Transfer Tax Consideration | $ |
| | | Any New Mortgage | $ | X ( ) % = | $ |
| | | Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| | | Other: | $ | Total Transfer Tax | $ |
| | | Other: | $ | Recordation Tax Consideration | $ |
| | | | | X ( ) per $500 = | $ |
| | | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | Fees | Recording Charge | $ 40.00 | $ | |
| | | Surcharge | $ | $ | Tax Bill: |
| | | State Recordation Tax | $ 1,500.00 | $ | |
| | | State Transfer Tax | $ 1,500.00 | $ | C.B. Credit: |
| | | County Transfer Tax | $ 4,200.00 | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | 20 | 2227856 | 26874/316 | | | ☐ (6) |

| | | Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4 |
|---|---|---|---|---|---|---|---|
| | | STANCLIFF | | | | | |

Location/Address of Property Being Conveyed (2)
6001 PRINCESS GARDEN PARKWAY, LANHAM, MD   20706-2906

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential ☑ or Non-Residential ☐   Fee Simple ☑ or Ground Rent ☐   Amount: _____
Partial Conveyance? ☐ Yes ☑ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| | | LOVERN J. LOUIS | |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION | |

New Owner's (Grantee) Mailing Address
19 D Chapin Road, Pine Brook, NJ   07058

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|---|---|
| | | Name: JOSE M. PORTILLO | |
| | | Firm  Shapiro & Burson, LLP | ☐ Hold for Pickup |
| | | Address: 13135 Lee Jackson Highway, Ste. 201 Fairfax, VA 22033 | |
| | | Phone: (703 ) 261-7459 | ☐ Return Address Provided |

| 11 | Assessment Information | IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER | |
|---|---|---|---|
| | | Yes ✓ No   Will the property being conveyed be the grantee's principal residence? | |
| | | Yes ✓ No   Does transfer include personal property? If yes, identify: | |
| | | Yes ✓ No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). | |

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0076. Printed 03/01/2011. Online 11/11/2009.

Distribution:   White – Clerk's Office   Canary – SDAT   ACC-CC-300 (5/2007)

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT B

30266   025

Clerk of the
Circuit Court

PROPERTY ID: 13-1550953
S & B No. 07-116389P

2009 JAN -5 AM 9: 56

### ✓ FEE SIMPLE TRUSTEE'S DEED

PR GEO CO MD# 58

THIS TRUSTEE'S DEED is made this 19th day of December, 2008, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and SAXON MORTGAGE SERVICES, INC., 4708 ✓ Mercantile Drive, Fort Worth, TX 76137-3605, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 31, 2006, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 26786 at Page 206, FATOU YOUSIF AND ALIEU S. YOUSIF did grant and convey the property described hereinafter to NETCO, INC., TRUSTEE(S), in trust to secure the payment of the original principal sum of $289,600.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on February 19, 2008, at 2:21 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust at which sale SAXON MORTGAGE SERVICES, INC. became the purchaser of the property for the sum of Two Hundred Seventy-Two Thousand Dollars and No Cents ($272,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the ✓ Property is located in Civil (Equity) No. CAE08-02064, on September 3, 2008;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto SAXON MORTGAGE SERVICES, INC., the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A

Property Address:    10700 WOODLAWN BOULEVARD, Upper Marlboro, MD 20774

30266    026

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage,  SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 19th day of December, 2008

My commission expires: August 31, 2011

_____
Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

30266   027

---
**Appendix A**
---

ALL THAT PROPERTY SITUATE IN THE STATE OF MARYLAND DESCRIBED AS FOLLOWS:

BEING LOT NUMBERED TWENTY-SEVEN (27) IN BLOCK LETTERED "E" IN THE SUBDIVISION KNOWN AS "SECTION FOUR (4), RAMBLING HILLS", AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 64 AT PLAT 25, AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND.  BEING IN THE 13TH ELECTION DISTRICT.

PARCEL NUMBER: 1550953

COMMONLY KNOWN AS: 10700 WOODLAND BLVD., UPPER MARLBORO, MD 20774

BEING THE SAME PROPERTY CONVEYED TO ALIEU S. YOUSIF & FATOU YOUSIF (HUSBAND & WIFE), BY DEED DATED AUGUST 17, 2005, FROM ALIEU S. YOUSIF (A MARRIED PERSON), OF RECORD IN BOOK 23266, PAGE 001, OFFICE OF THE PRINCE GEORGE'S COUNTY COURT CLERK.

30266    028

AFFIDAVIT OF CONSIDERATION
ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $272,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

30266    029

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of Saxon Mortgage Services, Inc., and that to the best of my belief FATOU YOUSIF AND ALIEU S. YOUSIF, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>19th day of December, 2008</u>.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

PG CIRCUIT COURT (Land Records) [MSA CE 64-30571] PM 30266, p. 0029. Printed 03/01/2011. Online 01/07/2009.

30266   030

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1) That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2) The amount of total payment for the purpose of the Withholding Law is $272,000.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3) That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _19_ day of _December_, 2008

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING
SUBSTITUTE TRUSTEE

07-1163191

30266   031

## State of Maryland Land Instrument Intake Sheet
☐ Baltimore City   ☑ County: PRINCE GEORGE'S

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

**1 Type(s) of Instruments** ( ☐ Check Box if addendum Intake Form is Attached.)

| | | | |
|---|---|---|---|
| X Deed | ☐ Mortgage | Other ____ | Other ____ |
| Deed of Trust | Lease | | |

**2 Conveyance Type Check Box**

| ✓ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|

**3 Tax Exemptions** (if applicable) Cite or Explain Authority

| Recordation | |
| State Transfer | |
| County Transfer | |

**4 Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 272,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( )% = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount = | $ |
| Other: | $ | Total Transfer Tax | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | Agent: |
| Surcharge | $ | $ | |
| State Recordation Tax | $ 1,360.00 | $ | Tax Bill: |
| State Transfer Tax | $ 1,360.00 | $ | |
| County Transfer Tax | $ 3,808.00 | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6 Description of Property** SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 13 | 1550953 | 23266/001 | 75 | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| SECTION FOUR, RAMBLING HILLS | 27 | E | 4 | A-6461 | |

Location/Address of Property Being Conveyed (2)
5809 31ST PLACE, HYATTSVILLE, MD  20782-3137

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential ☑ or Non-Residential ☐    Fee Simple ☑ or Ground Rent ☐  Amount: 
Partial Conveyance? ☐ Yes ☑ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| **Doc. 1 – Owner(s) of Record, if Different from Grantor(s)** | **Doc. 2 – Owner(s) of Record, if Different from Grantor(s)** |
| ALIEU S. YOUSIF AND FATOU YOUSIF | |

**8 Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| SAXON MORTGAGE SERVICES, INC. | |

New Owner's (Grantee) Mailing Address
4708 Mercantile Drive, Fort Worth, TX 76137-3605

**9 Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person     ☑ Return to Contact Person
Name: JOSE M. PORTILLO
Firm  Shapiro & Burson, LLP     ☐ Hold for Pickup
Address: 13135 Lee Jackson Highway, Suite 201, Fairfax, VA  22033
Phone: (703) 261-7459     ☐ Return Address Provided

**11 Assessment Information**   IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTCOPY MUST ACCOMPANY EACH TRANSFER*

| | |
|---|---|
| ☐ Yes ☑ No | Will the property being conveyed be the grantee's principal residence? |
| ☐ Yes ☑ No | Does transfer include personal property? If yes, identify: |
| ☐ Yes ☑ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole Part | Tran. Process Verification |
|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:   White – Clerk's Office        Canary – SDAT        AOC-CC-300 (5/2001)
                Pink – Office of Finance      Goldenrod – Preparer

# Affidavit of Jose Portillo 3.1.2011

# EXHIBIT C

RETURN TO:
SHAPIRO & BURSON, LLP
SUITE 201
FAIRFAX, VA 22033

S & B No. 09-143666P

*Return to:*

PATRIOT TITLE, LLC

11447 CRONHILL DRIVE, SUITE A

OWINGS MILLS, MD. 21117

*10-23740*

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 24th day of May, 2010, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and FEDERAL HOME LOAN MORTGAGE CORPORATION, 5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 30, 2006, and duly recorded among the land records of the CITY OF BALTIMORE, in Liber/Book 8786 at Page 471, KENNETH W. WILSON AND MICHAEL L. HOOD did grant and convey the property described hereinafter to FIRST AMERICAN TITLE INSURANCE CO., TRUSTEE(S), in trust to secure the payment of the original principal sum of $192,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said CITY OF BALTIMORE, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on December 3, 2009 at 11:26 AM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale FEDERAL HOME LOAN MORTGAGE CORPORATION became the purchaser of the property for the sum of One Hundred Seventy-One Thousand Three Hundred Fifteen Dollars and No Cents ($171,315.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 24-O-09-002082, on May 13, 2010;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in CITY OF BALTIMORE, Maryland, to wit:

SEE EXHIBIT A

Tax ID #01-12-1870-034

Tax-Exempt per 12-U.S.C.-§-1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10.912(d)(3)(i) as a Foreclosure Transfer.

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0245 Printed 05/04/2011. Online 08/06/2010.

LIBER **1 2 8 3 4** PAGE**2 4 6**

Property Address:     3003 FAIT AVENUE, Baltimore, MD 21224  —  *1870*

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage,  SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 24th day of May, 2010

My commission expires: August 31, 2011

Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES.
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax ID #01-12-1870-034

Tax·Exempt·per·12·U.S.C.·§·1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10·912(d)(3)(i) as a Foreclosure Transfer

BC CIRCUIT COURT (Land Records) [MSA CE 164-2596] FMC 12834 (3) 0246 Printed 05/04/2011 Online 08/06/2010.

LIBER I 2 8 3 4 PAGE 2 4 7

TAX ID NUMBER: 01-12-1870-034-(9)
2006-07 REAL PROPERTY TAXES ARE PAID IN THE AMOUNT OF $2,924.41

LOCATED IN THE CITY OF BALTIMORE, STATE OF MARYLAND:

## EXHIBIT A

BEGINNING FOR THE SAME on the South side of Fait Avenue at a point 16 feet more or less East of Potomac Street and at the center of a partition wall there being and running thence Easterly on the south side of Fait Avenue 14 feet more or less, thence Southerly 67 feet to a three foot alley there being, thence Westerly on said alley with the use thereof in common 14 feet more or less and thence Northerly 67 feet to the place of beginning.  The improvements there being known as 3003 Fait Avenue.

1870

Tax ID #01-12-1870-034

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0247. Printed 03/01/2011. Online 08/06/2010.

LIBER 12834 PAGE 248

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $171,315.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

Tax ID #01-12-1870-034

Tax·Exempt·per·12·U.S.C.·§·1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0248. Printed 03/01/2011. Online 08/06/2010.

LIBER 1 2 8 3 4 PAGE 2 4 9

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of ONEWEST BANK, and that to the best of my belief KENNETH W. WILSON AND MICHAEL L. HOOD, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 24th day of May, 2010.

NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011



JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax ID #01-12-1870-034

LIBER 12834 PAGE 250

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $171,315.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this 24th day of _____, 2010

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING SUBSTITUTE TRUSTEE

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0250. Printed 03/01/2011. Online 08/06/2010.

LIBER 12834 PAGE 251

J0051



BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0251. Printed 03/01/2011. Online 08/06/2010.

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   ☐ County: _____

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.)*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

**1  Type(s) of Instruments** ( ☐ Check Box if addendum Intake Form is Attached.)

| ☑ Deed | ☐ Mortgage | ☐ Other _____ | ☐ Other _____ |
| ☐ Deed or Trust | ☐ Lease | | |

**2  Conveyance Type Check Box**

| ☐ Improved Sale Arms-Length [1] | ☐ Unimproved Sale Arms-Length [2] | ☐ Multiple Accounts Arms-Length [3] | ☐ Not an Arms-Length Sale [9] |

**3  Tax Exemptions** (if Applicable) Cite or Explain Authority

| Recordation | |
| State Transfer | |
| County Transfer | |

**4  Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only | |
|---|---|---|---|
| Purchase Price/Consideration | $ 192,000.00 | **Transfer and Recordation Tax Consideration** | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X (     ) %        = | $ |
| Other: | $ | Less Exemption Amount | $ |
| | | Total Transfer Tax | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X (     ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5  Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|
| Recording Charge | $ | $ | |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6  Description of Property**
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | (1-12-1870.034) | | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | | |

Location/Address of Property Being Conveyed (2)
3003 East Ave. Balt. MD. 21224

Other Property Identifiers (if applicable) | Water Meter Account No.

Residential ☐ or Non-Residential ☐   Fee Simple ☑ or Ground Rent ☐   Amount: _____
Partial Conveyance? ☐ Yes ☐ No   Description/Amt. of SqFt/Acreage Transferred: _____

If Partial Conveyance, List Improvements Conveyed: _____

**7  Transferred From**

| Doc. 1 - Grantor(s) Name(s) | Doc. 2 - Grantor(s) Name(s) |
|---|---|
| William M. Savage, Sub Trustee | |

| Doc. 1 - Owner(s) of Record, if Different from Grantor(s) | Doc. 2 - Owner(s) of Record, if Different from Grantor(s) |

**8  Transferred To**

| Doc. 1 - Grantee(s) Name(s) | Doc. 2 - Grantee(s) Name(s) |
|---|---|
| Federal Home Loan Mortgage Corporation | |

New Owner's (Grantee) Mailing Address
5000 Plano Pkwy   Carrollton, TX. 75010

**9  Other Names to Be Indexed**

| Doc. 1 - Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |

**10  Contact/Mail Information**

Instrument Submitted By or Contact Person

Name: _____
Firm: Patriot Title
Address: 11447 Cronhill Rd. #A
Owings Mills, MD. 21117   Phone: (410)

☐ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11  IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

**Assessment Information**

| ☐ Yes ☐ No | Will the property being conveyed be the grantee's principal residence? |
| ☐ Yes ☐ No | Does transfer include personal property? If yes, identify: _____ |
| ☐ Yes ☐ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only - Do Not Write Below This Line**

| ☐ Terminal Verification | ☐ Agricultural Verification | ☐ Whole | ☐ Part | ☐ Tran. Process Verification |
| Transfer Number: | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20____ | 20____ | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:   White - Clerk's Office
Canary - SDAT
Pink - Office of Finance
Goldenrod - Preparer
AOC-CC-300 (6/95)