# EXHIBIT D

## AFFIDAVIT OF JOSE PORTILLO

I, Jose Portillo, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

1) I am over the age of 18 and am qualified to provide the testimony herein.

2) I am a resident of Fairfax Virginia.

3) I was a paralegal in the Post Sale department at the Fairfax, Virginia office of the Law Firm of **Shapiro and Burson, LLP** located 13135 Lee Jackson Highway, Suite 201 Fairfax, Virginia 22033) where John S. Burson is the managing partner, from approximately April 30, 2008 until February 9, 2011.

4) My supervisor was Gloria Faria and Leanna Kennebeck.

5) In my capacity as a Paralegal, I was responsible for post auction sale processing of foreclosed properties including at one point tracking properties through the ratification procedure in the local circuit courts of Maryland and with my last task as an employee preparing Trustee's Deeds, processing and recording of these deeds in all Maryland counties transferring the foreclosed property back to the purchasing lender.

6) The Trustee's Deeds I prepared were to be executed by a lawyer in the firm who was to sign each deed as trustee transferring the foreclosed property back to the lender who purchased the property at auction.

7) I was also a Notary in the office and notarized some of the above referenced deeds.

8) I personally prepared and witnessed the preparation of deeds by other paralegals in the post sale department of Shapiro and Burson, LLP. I and other paralegals were directed to prepare these deeds with a signature line for William M. Savage, an attorney with the law firm of Shapiro and Burson, LLP.



9) The signature line for William M. Savage was included on each deed in his capacity as trustee transferring the property back to the lender after the foreclosure auction and ratification of sale.

10) I and the other paralegals in the department were instructed by Mr. Savage and Gloria Faria to prepare these deeds and place them in his office or adjoining room for review and signature at a later time.

11) I was told on more than one occasion by Mr. Savage that another attorney other than Mr. Savage would be coming in to review and sign Mr. Savage's name to each deed even though the deed represented that Mr. Savage was the signer.

12) I personally witnessed on more than one occasion an attorney by the name of Matthew McDowell who also works for the U.S Patent and Trademark Office, come in and review and sign William Savage's name to the deeds referenced above.

13) In my estimation approximately 70% to 75% of the deeds I and others prepared in my department were signed by Matthew McDowell using William Savage's name. Consisting of over one thousand deeds prepared by the entire department and later recorded.

14) Attached hereto as Exhibits _____ A, B, C _____, are several deeds which purport to be the signature of William M. Savage but in fact are the signature of Matthew McDowell.

15) Attached hereto as Exhibits _____ 1, 2, 3 _____, are several deeds which reflect the true signature of William M. Savage.



16) After Mr. McDowell signed Mr. Savage's name on these deeds they were then returned to me and others in the office without Mr. Savage ever having examined the deed in question. At this time we were instructed to notarize the deeds.

17) The names of other notaries who were instructed in the same manner consist of:  Sharon L. Huddleston (VA #263534), Maureen E. Bravo (VA #129034), Venetta A. Martin (VA #356730), Lisa M. Handy (VA #7332090), Dwight M. Taylor (VA #7332078), Nancy M. Dinnin (VA #7229644) and Drew W. Ernest (VA #7332086).

18) These deeds were then recorded in all Maryland Counties transferring the foreclosed property back to the purchasing lender comprising more than a thousand instruments.

19) A good number of trustee's deeds were sent to settlement attorneys performing the closing to record the instrument following the re-purchase of the property.  A good number of said deeds were also signed by Matt McDowell.

20) In October of 2010 or around such time, the firm did change their policy to require each attorney to review and personally sign each deed prepared with their signature line. No reason was given for this policy change but the timeframe fell within the period the "robo-signing" controversy with lenders became public.

21) In addition to the deeds signed by Mr. McDowell, he also signed William Savage's name on accompanying Affidavits accompanying the deed at the time of recordation.

22) The aforesaid affidavits consisting of:  Affidavit of Consideration with Attorney's Certificate, Affidavit of Non-Military Status, and Affidavit as to Total Payment.

23) I also on several occasions witnessed my supervisor, Gloria Faria signing John Burson's signature on affidavits and trustee's deeds.  She would laugh it off and say to me "Mr. Burson has given me carte-blanche."



24) The deeds were recorded through out the state of Maryland in all twenty four counties.

25) The deed conveyed the title back to the many Lenders the firm represented, this practice was not limited to just one lender rather it applied to all.

26) I am also aware that in the foreclosure filing department, a notary by the name of Susan Cornelius was instructed by Leanna Kennebeck, the Director of Operations at Shapiro & Burson to leave stacks of MERS Assignments on Leanna's desk to be reviewed and signed at a later time. Subsequent to Leanna signing the MERS Assignments, which occurred out of the presence of Susan, the stack documents were returned to Susan to be notarized.

27) Susan Cornelius was told on more than one occasion by Leanna Kennebeck to "keep your head down and do your job," which Susan described to me as meaning "keep your mouth shut and don't question what's going on. Do your job, do what I tell you to do."

28) In the court case with civil number CAE07-30256 (Burson vs Ball) in Prince George's County Circuit Court, I have reviewed the documents included in that case file and I attest to the following:

A. Affidavit of Lost Note (Foreclosure) states that "The Note has been lost or destroyed and cannot be produced. I, Jose Portillo, signed that document as 'Agent for the Lender.'" I attest I had no knowledge of the content a "Lost Note Affidavit" or how or what role said document played into the foreclosure case of CAE07-30256 or any foreclosure case for I had not been trained in the dynamics on the aforesaid document. I was not granted the title of 'Agent for Lender' by IndyMac Bank F.S.B., neither written nor otherwise. I furthermore had no authority given to me by any party from the Lender or anyone to be their agent. Furthermore, I had no idea what



had become of the original Note, and was not in a position to claim it had been lost or destroyed. I was simply instructed to sign the document by Sharon Huddleston which she later notarized. This affidavit was subsequently filed in the court on September 15, 2008. Made part of this Affidavit in the form of attachment entitled Exhibit A-1. To my knowledge, Shapiro & Burson's policies and practices did not require documentation from lenders proving ownership of the notes prior to commencing the foreclosure process. That was the case in Burson v. Ball, where I was told to sign an affidavit certifying that the lender owned the note without being given any documents to support that assertion.

B. The Praecipe submitted requesting the Order of Ratification bearing William M. Savage's does not appear to be Mr. Savage's real signature. On many occasions, I witnessed Sharon Huddleston signing Mr. Savage's name to said documents in efforts of maximizing the number of sale ratification from the court. In most occasions, Mr. Savage never reviewed the documents bearing his supposed signature before they were filed with respective Maryland courts. Hereto attached as Exhibit A-2.

C. The signatures of the Principals on the Trustees Bond by Lexington National Insurance Corporation, submitted to the Prince George's County Circuit Court, Civil Division also appear NOT to be the true parties' signatures, but they are all signed by one person on the document. They are not the true signatures of John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Eric W. Yoder. I witnessed Aimee Suzuki who works in the Maryland Foreclosure Sales department at Shapiro & Burson sign the names of all the aforementioned trustees on other foreclosure bonds. I am not attesting that Aimee signed the foreclosure bond



for civil case CAE07-30256.  This was the standard business practice at the law firm of Shapiro & Burson.  In this particular case it appears all signatures reflected on the Foreclosure Bond were executed by Aimee's predecessor, Jennifer Shepherd who at the time was handling the MD Foreclosure Sales at the firm.  The Foreclosure Bond is made part of this Affidavit as Exhibit A-3.

D.  The Trustee's Deed dated December 9, 2008 and recorded in the Land Records of Prince George's County in Liber 30227 at Folio 348, signed by William M. Savage does not bear the same signature as William M. Savage's purported signature on the Praecipe (Attached as Exhibit ___ A-2 ) filed with the court requesting the order of sale ratification.  As stated previously, it appears to be the signature of Sharon Huddleston.  Around this time period the practice at Shapiro & Burson was to leave stacks of deeds on William Savage's office for later review and signing.  This particular signature of "William Savage" likely occurred outside the presence of a notary public.  It is very possible the acknowledgement by Sharon Huddleston on this trustee's deed was probably signed with a pile of other deeds and the signature not personally witnessed by Sharon Huddleston as required by the Office of the Secretary of the Commonwealth of Virginia.  A copy of the Trustee's Deed is attached as Exhibit A-4.

***SIGNATURE PAGE TO FOLLOW***



I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents

of the foregoing paper are true.

JOSE PORTILLO

WITNESS

*March 26, 2011*

DATE

*3/26/11*

DATE

*11:56  A.M.*

*11:57 am*

Notary Public   Virginia

*Sal Cooley. Ellett*   3/26/11

My Commission Expires *August 30, 2011*

Vienna, Virginia

# Affidavit of Jose Portillo 3.27.2011

## EXHIBIT A

38450    181    **MONTGOMERY COUNTY, MD**

APPROVED BY

PROPERTY ID: 13-01727511                              DEC - 4 2009
S & B No. 08-132423

FEE SIMPLE TRUSTEE'S DEED    $ 1176.45 RECORDATION TAX PAID
                             $ 1701.11 TRANSFER TAX PAID

THIS TRUSTEE'S DEED is made this 11th day of November, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia  22033, Party of the First Part, and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 17, 2005, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 31181 at Page 790, MARIAN AYENSU did grant and convey the property described hereinafter to RICHARD T. CREGGER, TRUSTEE(S), in trust to secure the payment of the original principal sum of $287,920.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on June 3, 2009 at 10:50 AM, to the highest bidder for cash, all in strict accordance with the terms of the  Deed of Trust, at which sale DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 became the purchaser of the property for the sum of One Hundred Seventy Thousand One Hundred Eleven Dollars and No Cents ($170,111.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 305693V, on October 20, 2009; and

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

PROPERTY ADDRESS:    14615 KING LEAR CT, #14, SILVER SPRING, MD 20906

38450     182

WITNESS the hands and seals of the Party of the First Part:

_____

William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby
certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is
personally well known to me and personally appeared before me and acknowledged the foregoing
Deed to be his/her act and deed.

Given under my hand this 11th day of November, 2009

My commission expires: August 31, 2011

Notary Public

38450    183

Exhibit "A"
Legal Description

Unit numbered 14-14615 in a Plan of Condominium Subdivision styled "Plat and Plan of Condominium Subdivision-Georgian Colonies Condominium No. Three", as per plat thereof recorded in Condominium Plat Book 16, at plat 1619 among the Land Records of Montgomery County, Maryland, being part of the land and premises declared to the subject to a horizontal property regime by a certain Declaration dated the 13th day of November, 1975, recorded the 12th day of December, 1975, in Liber 4727, at folio 85 among the Land Records of aforesaid.

The improvements thereon being known as 14615 King Lear Court, Silver Spring, MD 20906

38450   184

AFFIDAVIT OF CONSIDERATION
ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $170,111.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:   SHAPIRO & BURSON, LLP
             13135 LEE JACKSON HIGHWAY
             SUITE 201
             FAIRFAX, VA 22033

38450    185

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of Deutsche Bank National Trust Company as Trustee for Morgan Stanley MSAC 2006-HE2, and that to the best of my belief MARIAN AYENSU, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 11th day of November, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

38450    186

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $170,111.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _11th_ day of _November_, 2009

WITNESS:                                    TRANSFEROR(S)

                                            WILLIAM M. SAVAGE, SOLE ACTING
                                            SUBSTITUTE TRUSTEE

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450. p. 0186. Printed 03/01/2011. Online 12/10/2009.

08-132423

38450   187

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   ☑ County: MONTGOMERY

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only—All Copies Must Be Legible)**

*Space Reserved for Circuit Court Clerk Recording Validation*

| **1** Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) |
|---|---|
| | [x] Deed / Deed of Trust | Mortgage / Lease | Other _____ | Other _____ |

**2** Conveyance Type Check Box
| ☑ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|

**3** Tax Exemptions (if applicable) Cite or Explain Authority

| Recordation | |
| State Transfer | |
| County Transfer | |

**4** Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 170,111.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( )% = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount – | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5** Fees

| Amount of Fees | Doc. 1 | Doc. 2 | Agent. |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ 1,176.45 | $ | |
| State Transfer Tax | $ 850.56 | $ | C.B. Credit |
| County Transfer Tax | $ 1,701.11 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6** Description of Property
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 13 | 01727511 | 31181 at Page 790 | | | |
| Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |

Colonies Condominium

**Location/Address of Property Being Conveyed (2)**
14615 KING LEAR CT, #14, SILVER SPRING, MD 20906

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential [✓] or Non-Residential ☐   Fee Simple [✓] or Ground Rent ☐   Amount: _____
Partial Conveyance? ☐ Yes [✓] No   Description/Amt. of SqFt/Acreage Transferred: _____

If Partial Conveyance, List Improvements Conveyed:

**7** Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| William M. Savage, Substitute Trustee | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8** Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | |
| New Owner's (Grantee) Mailing Address | |
| 10790 Rancho Bernardo Rd San Diego, CA 92127 | |

**9** Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|

**10** Contact/Mail Information

| Instrument Submitted By or Contact Person | |
|---|---|
| Name: JPortito | ☑ Return to Contact Person |
| Firm  SHAPIRO & BURSON, LLP | ☐ Hold for Pickup |
| Address: 13135 Lee Jackson Hwy, Suite 201 Fairfax, Va. 22033 | |
| Phone: (703) 281-7459 | ☐ Return Address Provided |

**11**   IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTCOPY MUST ACCOMPANY EACH TRANSFER

Assessment Information
| Yes ☐ No [✓] | Will the property being conveyed be the grantee's principal residence? |
| Yes [✓] No ☐ | Does transfer include personal property? If yes, identify: |
| Yes ☐ No [✓] | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

*Space Reserved for County Validation*

MO CIRCUIT COURT (Land Records) [MSA CE 63-38407] LEK 38450, p. 0187. Printed 03/01/2011. Online 12/10/2009

# Affidavit of Jose Portillo
# 3.27.2011

# EXHIBIT A-1

Exhibit A

AFFIDAVIT OF LOST NOTE
(FORECLOSURE)

STATE OF VIRGINIA
COUNTY OF FAIRFAX

This day personally appeared before me, a notary public in and for the jurisdiction aforesaid, the undersigned, with the authority to act as agent/attorney for INDYMAC BANK F.S.B. (LENDER), who made oath before me in my jurisdiction aforesaid, that the aforesaid Lender was the note holder under a certain deed of trust from PAMELA BALL to K. HOVNANIAN AMERICAN MORTGAGE, LLC Trustee(s), dated November 30, 2006, and recorded among the land records of the COUNTY OF PRINCE GEORGE'S, State of Maryland, in Deed Book 27161 at Page 023, to secure an indebtedness in the original principal amount of $355,700.00, and that the said Lender is authorized and entitled to receive payment of the debt evidenced by the note and that said note: (check where applicable)

_____    has been credited in the amount of $_____ a result of the foreclosure of the
deed of trust, which sale was held on _____.

_____    has been satisfied by the process of said sale;

__X__    has been lost or destroyed and cannot be produced.

**FILED**

SEP 15 2008

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

Lender: INDYMAC BANK F.S.B.

By: _____
Name: JOSE PORTILLO
Title: AGENT FOR LENDER

State of VIRGINIA
County of FAIRFAX

Subscribed, sworn to and acknowledged before me by Sharon L. Huddleston, AGENT of the above mentioned Lender of this 27th day of August, 2008, on behalf of the corporation.

(SEAL)                    _____
                          Notary Public

Return to:                    MY COMMISSION EXPIRES: 04/30/2010
SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY, SUITE 201
FAIRFAX, VA  22033
07-113420P

# Affidavit of Jose Portillo
# 3.27.2011

# EXHIBIT A-2

IN THE CIRCUIT COURT FOR COUNTY OF PRINCE GEORGE'S, MARYLAND

JOHN S. BURSON          *
ET AL                   *
TRUSTEE(S)              *
                        *
            Plaintiff(s)  *
vs.                     *
                        *        CIVIL NO. CAE07-30256
PAMELA BALL             *
                        *
            Defendant(s)  *
            Mortgagor(s)  *
                        *

                    PRAECIPE

TO THE CLERK:

The Clerk will please file the attached Certificate of Publication (NISI) for the above civil case.

**PLEASE SUBMIT THE ABOVE CASE TO THE JUDGE FOR RATIFICATION.**

_____
WILLIAM M. SAVAGE,
SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY
SUITE 201
FAIRFAX, VA 22033
(703) 449-5800

07-113420P
January 26, 2008

# Affidavit of Jose Portillo
# 3.27.2011

# EXHIBIT A-3

# LEXINGTON NATIONAL INSURANCE CORPORATION

.00 EAST LEXINGTON STREET, SUITE 501
BALTIMORE, MARYLAND 21202
(410) 625-0800
FAX: (410) 626-0865

BOND NO. L068262

## CIVIL NO. CAE07-30256

## TRUSTEES, MORTGAGEES, ATTORNEYS OR FORECLOSURE BOND

KNOW ALL BY THESE PRESENTS:

That I/We, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder, SUBSTITUTE TRUSTEES, as Principal, and LEXINGTON NATIONAL INSURANCE CORPORATION, a corporation organized, existing and authorized to do business under the laws of the State of Maryland, as Surety, are held firmly bound in the sum of TWENTY-FIVE THOUSAND AND 00/100 DOLLARS ( $25,000.00), to be paid to the said State of Maryland or its certain Attorney, to which payment well and truly to be made, we bind ourselves, each of us, our and each of our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seal and dated November 21, 2007.

WHEREAS, the above bounden, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder, SUBSTITUTE TRUSTEES, mentioned in the proceedings in the case  John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder, SUBSTITUTE TRUSTEES, v. PAMELA BALL, now pending in the CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, Maryland (Case No. CAE07-30256), by virtue of the power contained in a Deed of Trust or Mortgage or by virtue of a decree of the Honorable Court is/are about to sell 12734 GLADYS RETREAT CIR, #68, Bowie, MD 20720, in accordance with said Deed of Trust, Mortgage or decree.

NOW THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That if the above bounden John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder,  SUBSTITUTE TRUSTEES, do/does and shall well and truly and faithfully perform the trust reposed in him/them by the said Deed of Trust or Mortgage as aforesaid, and shall abide by and fulfill any decree or order which shall be made by any Court of Equity in relation to the sale of the mortgaged property, or the proceeds thereof, then the above obligation to be void; otherwise to be and remain in full force and virtue in law.

Signed, Sealed and delivered in the presence of
As To Principal

_____          _____ (Seal)
                                          Principal
_____          _____ (Seal)
                                          Principal
_____          _____ (Seal)
                                          Principal
_____          _____ (Seal)
                                          Principal
_____          _____ (Seal)
                                          Principal
                                          _____ (Seal)
                                          Principal

As To Surety                              LEXINGTON NATIONAL INSURANCE CORPORATION

_____          By:_____ (Seal)

FILE NO.: 07-113420P

# Affidavit of Jose Portillo 3.27.2011

# EXHIBIT A-4

30227 348

*Clerk of the Circuit Court*

PROPERTY ID: 07-3799574
S & B No. 07-113420P

2008 DEC 16 AM 9: 55

PR GEO CO MD #

### FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 9th day of December, 2008, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and FEDERAL HOME LOAN MORTGAGE CORPORATION, 5000 Plano Parkway, Carrollton, TX 75010, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated November 30, 2006, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 27161 at Page 23, PAMELA BALL did grant and convey the property described hereinafter to K. HOVNANIAN AMERICAN MORTGAGE, LLC, TRUSTEE(S), in trust to secure the payment of the original principal sum of $355,700.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on November 29, 2007 at 12:36 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale FEDERAL HOME LOAN MORTGAGE CORPORATION became the purchaser of the property for the sum of Three Hundred Seventy-One Thousand Dollars and No Cents ($371,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. CAE07-30256, on September 16, 2008;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE SCHEDULE A

Property Address:                                    CIR, #68, Bowie, MD 20



IMP FD SURE $        20.00
RECORDING FEE        20.00
TOTAL                40.00

Rcc# PG10    Rcpt # 30782
PM    NHR    Blk # 4332
Dec 16, 2008    09:54 am

Tax Exempt per 12 U.S.C. § 1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer

PG CIRCUIT COURT (Land Records) [MSA CE 04-30332] FW 30227, p. 0348. Printed 12/17/2008. Online 12/17/2008.

30227 353

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)      That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)      The amount of total payment for the purpose of the Withholding Law is $371,000.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)      That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _9th_ day of _December_ , 2008

WITNESS:

_Sharon Huddleston_

TRANSFEROR(S)

_William M. Savage_

WILLIAM M. SAVAGE, SOLE ACTING
SUBSTITUTE TRUSTEE

PG CIRCUIT COURT (Land Records) [MSA CE 64-30532] PM 30227, p. 0353. Printed 03/23/2011. Online 12/17/2008.

30227   354

**State of Maryland Land Instrument Intake Sheet**
☐ Baltimore City ☑ County: PRINCE GEORGE'S
*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

**1 Type(s) of Instruments** ( ☐ Check Box if addendum Intake Form is Attached.)

| X | Deed | | Mortgage | | Other | |
|---|---|---|---|---|---|---|
| | Deed of Trust | | Lease | | Other | |

**2 Conveyance Type Check Box**

| Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|

**3 Tax Exemptions** (if applicable) Cite or Explain Authority

| Recordation | |
| State Transfer | |
| County Transfer | |

**4 Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 371,000.00 | | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X ( )% | $ |
| Other: | $ | Less Exemption Amount | $ |
| | | Total Transfer Tax | = $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 | = $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | Agent: |
| Surcharge | $ | $ | |
| State Recordation Tax | $ | $ | Tax Bill: |
| State Transfer Tax | $ | $ | |
| County Transfer Tax | $ | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

EXEMPT

**6 Description of Property** SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 07 | 3799574 | 27181/23 | | | |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|

RETREAT AT FAIRWOOD TOWNHOME CONDOM

Location/Address of Property Being Conveyed (2)
12734 GLADYS RETREAT CIRCLE, UNIT 68, BOWIE, MD 20720

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential ☑ or Non-Residential ☐  Fee Simple ☑ or Ground Rent ☐  Amount:
Partial Conveyance? ☐ Yes ☑ No  Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| WILLIAM M. SAVAGE, SUBSTITUTE TRUSTEE | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8 Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION | |

New Owner's (Grantee) Mailing Address
5000 PLANO PARKWAY, CARROLLTON, TX 75010

**9 Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person   ☑ Return to Contact Person
Name: S.HUDDLESTON
Firm   Law Office of Shapiro & Burson, LLC   ☐ Hold for Pickup
Address: 13135 Lee Jackson Hwy, Suite 201
Fairfax, VA 22033   Phone: (703) 449-5800   ☐ Return Address Provided

**11 IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTCOPY MUST ACCOMPANY EACH TRANSFER*

**Assessment Information**
☐ Yes ☑ No   Will the property being conveyed be the grantee's principal residence?
☐ Yes ☑ No   Does transfer include personal property? If yes, identify:
☐ Yes ☑ No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received | Deed Reference: | | Assigned Property No.: |

| Year | 20 | | 20 | Geo. | | Map | | Sub | | Block |
|---|---|---|---|---|---|---|---|---|---|---|
| Land | | | | Zoning | | Grid | | Plat | | Lot |
| Buildings | | | | Use | | Parcel | | Section | | Occ. Cd. |
| Total | | | | Town Cd. | | Ex. St. | | Ex. Cd. | | |

REMARKS:

Distribution:   White – Clerk's Office   Canary – SDAT   AOC-CC-300 (5/2007)
Pink – Office of Finance   Goldenrod – Preparer

# Affidavit of Jose Portillo
# 3.27.2011

# EXHIBIT B

3б94б   285

S & B No. 07-111905P

FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 26th day of February, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated April 7, 2006, and duly recorded among the land records of the COUNTY OF MONTGOMERY, in Liber/Book 32270 at Page 193, MYRON DARK did grant and convey the property described hereinafter to PREMIER TITLE, TRUSTEE(S), in trust to secure the payment of the original principal sum of $288,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF MONTGOMERY, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on October 22, 2008 at 10:58 AM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE became the purchaser of the property for the sum of Two Hundred Four Thousand Eight Hundred Thirty-Nine Dollars and No Cents ($204,839.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 287549V, on February 18, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF MONTGOMERY, Maryland, to wit:

SEE EXHIBIT A

*TNx 1 D 236161*

Property Address:   13827 PALMER HOUSE WAY, UNIT 32-236, Silver Spring, MD 20904

**MONTGOMERY COUNTY, MD**

APPROVED BY_____

APR 1 3 2009

$ *1414. 50* RECORDATION TAX PAID
$ *2048. 3 9* TRANSFER TAX PAID

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0285. Printed 03/01/2011.

36946   286

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage,  SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 26th day of February, 2009

My commission expires: August 31, 2011

Notary Public

36946   287

## Exhibit A

BEING PART OF THE PRORATED UNDIVIDED INTEREST    of Unit 236, Building 32 in the common elements of the property known as Greencastle Manor Condominium No. 2 and more particularly described as parcel 5-85-2361627.  The property is also a part of parcel B of Greencastle Wood Subdivision as delineated on plats recorded in Plat Book 119 as Plat 14013 and Plat Book 115 as Plat 13675 among the Land Records of Montgomery County, Maryland.

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0287. Printed 03/01/2011. Online 04/16/2009.

36946   288

AFFIDAVIT OF CONSIDERATION
ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $204,839.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:   SHAPIRO & BURSON, LLP
             13135 LEE JACKSON HIGHWAY
             SUITE 201
             FAIRFAX, VA 22033

36946   289

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS STRUCTURED ASSET SECURITIES CORPORATION SASCO 2006-BC2, and that to the best of my belief MYRON DARK, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.



_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 26th day of February, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

36946   290

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)      That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)      The amount of total payment for the purpose of the Withholding Law is $204,839.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)      That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _26_ day of _February_, 2009

WITNESS:                                    TRANSFEROR(S)

_____                   _____
                                            WILLIAM M. SAVAGE, SOLE ACTING
                                            SUBSTITUTE TRUSTEE

# LIBER 36946

# FOLIO 291

# NOT USED

MO CIRCUIT COURT (Land Records) [MSA CE 63-36903] LEK 36946, p. 0291. Printed 03/01/2011. Online 04/16/2009.

30227 349

WITNESS the hands and seals of the Party of the First Part:

William M. Savage,  SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Sharon L. Huddleston, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 9th day of December, 2008

My commission expires: April 30, 2010

Notary Public

Tax·Exempt·per·12·U.S.C.·§·1452(e)  Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer

30227 351

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $371,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:    SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY
SUITE 201
FAIRFAX, VA 22033

30227 350

SCHEDULE "A"

Unit No. 68, in a Horizontal or Condominium Regime entitled,
"Condominium Plat, Phasing Plan, Phase 39, Building 38, RETREAT
AT FAIRWOOD TOWNHOME CONDOMINIUM", as per plats thereof recorded
among the Land Records of Prince George's County, Maryland, in
Condominium Plat Book REF 214, at Plats 44 THROUGH 46;
established pursuant to the provisions of Title 11, Section
11-101 et seq. of the Real Property Article of the Annotated
Code of Maryland; and pursuant to the provisions of Declaration
and By-Laws made by Rock Gorga at Fairwood, LLC, a Maryland
limited liability company, recorded April 5, 2004 in Liber
19232, Folio 736, and amendments and/or supplements thereto.
TOGETHER WITH an undivided percentage interest in the common
elements of said Regime in accordance with said Declaration and
By-Laws as may be amended or revised from time to time. Tax
Account No.

30227 352

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of INDYMAC BANK F.S.B., and that to the best of my belief PAMELA BALL, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 9th day of December, 2008.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  April 30, 2010