# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHARLES SMALLEY, ET AL.    *
                                                                           *
                                                                           *
       v.                                           *       Civil No. – JFM-11-906
                                                                           *
SHAPIRO & BURSON, LLP, ET AL.    *
                                                                     ******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 26th day of January 2012

     ORDERED

     1.  The motion to dismiss filed by defendants Shapiro & Burson, John S. Burson, and William M. Savage is granted;

     2.  The motion to dismiss filed by Jason Murphy is granted; and

     3.  This action is dismissed as to all defendants.

                                           /s/
                                    J. Frederick Motz
                                    United States District Judge